# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESSE LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 07-cv-749-JPG |
| | ) |
| DONALD HULICK, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

Before the Court are Plaintiff's motions for appointment of counsel (Docs. 6, 13). However, until the Court has completed a preliminary review of the complaint, *see* 28 U.S.C. § 1915A, these requests are premature. Therefore, the motions for appointment of counsel are **DENIED** without prejudice. Once the Court has completed that preliminary review, Plaintiff may file another such request at that time.

Also before the Court is a declaration (Doc. 15) that has been construed as a motion for issuance of a temporary restraining order (TRO), which is an order issued without notice to the party to be enjoined that may last no more than ten days. A TRO may issue without notice

> only if (1) it clearly appears from the specific facts shown by affidavit or by the verified complaint that immediate and irreparable injury, loss, or damage will result to the applicant before the adverse party or that party's attorney can be heard in opposition, and (2) the applicant's attorney certifies to the court in writing the efforts, if any, which have been made to give the notice and the reasons supporting the claim that notice should not be required.

FED.R.CIV.P. 65(b). Without expressing any opinion on the merits of any other of Plaintiff's claims

for relief, the Court is of the opinion that a TRO should not issue at this time. Plaintiff's allegations do not set forth specific facts demonstrating the likelihood of immediate and irreparable harm *before Defendants can be heard*. Accordingly, the request for issuance of a temporary restraining order is **DENIED**.

**IT IS SO ORDERED.**

**Dated: January 14, 2008.**

                                           **s/ J. Phil Gilbert**
                                           **U. S. District Judge**