UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESSE LEE,<br><br>    Plaintiff,<br><br>  v.<br><br>DONALD HULICK, *Warden, Menard Correctional Center*, GARY CONDOR, *Assistant Warden, Menard Correctional Center*, MRS. G. GLADSON, *Health Care Administrator*,<br><br>    Defendants. | Case No. 07-cv-749-JPG |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered decisions thereon,

IT IS HEREBY ORDERED AND ADJUDGED that this case and Defendants are dismissed with prejudice.

**DATED:**  September 29, 2010          **NANCY ROSENSTENGEL, CLERK**

                              **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**

1